## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>MELISSA A. FERNANDEZ, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-498 (RMC) |

### ORDER DIRECTING UNITED STATES TO COMPLETE SERVICE OF PROCESS

Under Rule 4(m) of the Federal Rules of Civil Procedure, if a plaintiff has not served the defendant(s) with a summons and a complaint within 120 days after the filing of the complaint, the Court may dismiss the action. Over 120 days have passed since the filing of the Complaint in this action[1] and the Court has no record that the defendant has been served with a summons and complaint. Accordingly, it is hereby

**ORDERED** that on or before February 1, 2008, the United States must either: (1) file with the Court proof that the defendant has been served with a summons and complaint, or (2) provide the Court with a written explanation for why service of process has not been completed. If the United States fails to comply with this Order, or if the Court determines that the United States has not shown good cause for failure to comply with Rule 4(m), this case will be dismissed without prejudice.

**SO ORDERED**.

Date: January 3, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge

---

[1] The Complaint was filed on March 15, 2007.