UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA. | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 07v000498 (RMC) |
| | : | |
| MELISSA A. FERNANDEZ, | : | |
| Defendant. | : | |

**PRAECIPE IN RESPONSE TO COURT'S ORDER**
**OF JANUARY 3, 2008**

The Court filed has set a deadline for plaintiff to file a response on the above case on or before February 1, 2008, as to the reason why the defendant has not been served with a summons and complaint in this case or this case will be dismissed without prejudice.

This matter is before the Courts on student loan debts owed by the defendant, Melissa A. Fernandez to the U.S. Department of Education.

On March 15, 2007, a Summons and Complaint were issued by this Court against the defendant, Melissa A. Fernandez.  After several attempts to serve the defendant at her place of residence by the process server,  the summons and complaint was returned to counsel's office for lack of service.

On June 27, 2007, plaintiff forwarded a reissued summons and complaint to the process server to be served on the defendant at her place of employment.  After several attempts by the process server to serve the defendant at her place of employment ( NBC Universal: 4001 Nebraska Ave., N.W., Washington, DC 20016), the process server was told the defendant was out of the country on assignment in South America.

As of December 2007, Counsel's office has verified that Ms. Fernandez is back at work at NBC-Universal and has forwarded a summons to the Courts for reissue.  Plaintiff will forward the re-issued summons and complaint to the defendant at her place of employment via certified mail under Rule 4 (C)(4).

Counsel for the Government request that this case remains open on the docket. Counsel will report back to the Court on February 1, 2008, if additional time is needed for service of the summons and complaint on the defendant and we might have to reissue for service by process server.

Respectfully submitted,

/s/
_____
Herbert A. Rosenthal (011007)
1020 19th Street, NW, Suite 400
Washington, DC  20036
Tel No. 202 785 9773
Attorney for Plaintiff

Dated:  January 8, 2008