UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 1:07cv00498-RMC |
| v. : | |
| : | |
| MELISSA A. FERNANDEZ : | |
| : | |
| Defendant. : | |

## NOTICE

TO:   MELISSA A. FERNANDEZ
C/O NBC UNIVERSAL
4001 NEBRASKA AVE., N.W.
WASHINGTON, DC 20016

The enclosed summons and complaint are served pursuant to F. R. Civ. 4. (c)(4).

You must sign and date the Acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership) or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

1

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated, and returned the form. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on <u>January 8, 2008.</u>

This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.

*[signature]*

Herbert A. Rosenthal, Bar No. 11007
Attorney for the Plaintiff,
The United States of America

1020 19th Street, N.W.
Suite 400
Washington, D.C. 20036
PH: (202) 785-9773

**Acknowledgment of Receipt of Summons and Complaint**

I received a copy of the summons and complaint in the above-captioned matter at : NBC UNIVERSAL, 4001 Nebraska Ave., N.W., Washington, D.C., 20016, my place of employment.

*[signature]*

Melissa A. Fernandez

Date: 1/25/08

2