UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Civil Action No. 07-498 (RMC) |
| ) | |
| MELISSA A. FERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

### ORDER TO SHOW CAUSE

The United States of America filed a complaint in this matter on March 15, 2007. The record reflects that Defendant Melissa A. Fernandez was served with a summons and copy of the complaint on January 30, 2008. There has been no activity in this matter since.

Accordingly, it is hereby

**ORDERED** that, on or before <u>April 30, 2008</u>, Plaintiff shall **SHOW CAUSE** why the Court should not dismiss this action pursuant to Local Rule 83.23 for failure to prosecute.

**SO ORDERED**.


Date: April 3, 2008                             /s/
                                                ROSEMARY M. COLLYER
                                                United States District Judge