UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA. : | |
|     Plaintiff, : | |
| : | |
| v. : | Case No. 1:07CV000498 (RMC) |
| : | |
| MELISSA A. FERNANDEZ, : | |
|     Defendant. : | |

### PRAECIPE IN RESPONSE TO COURT'S SHOW CAUSE ORDER
### OF APRIL 3, 2008

The Court filed has filed a show cause order for plaintiff to respond to the order on or before April 30, 2008, as to why the Court should not dismiss this action for failure to prosecute pursuant Local Rule 83.23.

This matter is before the Courts on student loan debts owed by the defendant, Melissa A. Fernandez to the U.S. Department of Education.

Before the filing of a law suit by the Government's Counsel, Plaintiff's Office forwarded a *Consent Judgment* to the defendant to resolve this matter. The defendant rejected the Plaintiff's proposal and on March 15, 2007, a Summons and Complaint was filed against the Defendant, Melissa A. Fernandez.

On January 25, 2008, the defendant was served with a Summons and Complaint via certified mail. The defendant acknowledged receipt of the summons and complaint by letter dated January 25, 2008, to the plaintiff. The defendant requested additional time to review the summons and complaint with an Attorney.

Since the defendant has failed to plead or otherwise defend this action though served with the summons and complaint on January 25, 2008, the plaintiff has filed an Application And Declaration For Entry of Defendant's Default (a copy of which we are sending the defendant).

Thereafter, if a default is entered, we will apply for a default judgment.

Respectfully submitted,

/s/

_____
Herbert A. Rosenthal, Bar No.11007
Attorney For The United States

1020 19th Street, NW, Suite 400
Washington, DC  20036
Tel No. 202-785- 9773

Dated:  April 8, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Praecipe and Application For Default wer mailed, first class mail, postage this 8th   day of April 2008, to the following:

Melissa A. Fernandez
916 G Street, N.W., #706
Washington, DC 20002

/S/

_____
Herbert A. Rosenthal (011007)
1020 19th Street, N.W.,
Suite #400
Washington, DC 20036

April 8, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,        Case No.: 1:07CV00498 RMC

        v.

MELISSA A. FERNANDEZ,

        Defendant.

**APPLICATION AND DECLARATION FOR
ENTRY OF DEFENDANT'S DEFAULT**

The United States of America hereby applies to the Clerk of the Court for entry of defendant's default and declares as follows:

1. I am a private counsel for the United States in this case and in that capacity have been assigned to represent the interests of plaintiff in the above captioned matter.

2. I hereby make application to the Clerk of this Court for entry of default as to defendant, Melissa A. Fernandez, pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support of this application state as follows:

    a) The defendant was personally served with copies of Plaintiff's Summons and Complaint as provided by Rule 4(c)(1), Federal Rules of Civil Procedure, as is reflected in the Affidavit of Service filed in the case.

    b) Upon Plaintiff's information and belief, the defendant is neither an infant nor an incompetent person requiring special service in accordance with Rule 4(g), Federal Rules of Civil Procedure, and is not serving with the armed forces of the United States entitled to the protection of 50 U.S.C. App. Section 520.

    c) The defendant has neither answered nor otherwise responded formally to the

Plaintiff's Summons and Complaint, and the time to do so has expired, pursuant to Rule 12(a), Federal Rules of Civil Procedure.

WHEREFORE plaintiff requests the Clerk of the Court to enter the defendant's default.

I, Herbert A. Rosenthal, do hereby certify under penalty of perjury, pursuant to 28 U.S.C. §1746(2), that the above statements are true and accurate to the best of my knowledge and belief.

Respectfully submitted,

DATE: April 7, 2008

/S/
_____
Herbert A. Rosenthal (Bar No. 11007)
Attorney for the United States
1020-19TH Street, N.W.; #400
WASHINGTON, D.C. 20036
PH: (202) 785-9773 / FAX (202) 659-3526

c:\CLASS\TEMPLATES\DEFAULT.WPD

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:07CV00498 RMC |
| | ) |
| v. | ) |
| | ) |
| MELISSA A. FERNANDEZ, | ) |
| | ) |
| Defendant. | ) |

## **DEFAULT**

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and complaint on January 25, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this _____ day of _____, 200_, declared that:

Defendant herein is in default.

NANCY MAYER-WHITTINGTON
CLERK OF THE COURT


BY: _____
      DEPUTY CLERK