Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

_____

Plaintiff(s)

Civil Action No. 07-498 (RMC)

V.

**MELISSA A. FERNANDEZ**

_____

Defendant(s)

RE: MELISSA A. FERNANDEZ

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on January 25, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 8th day of April, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: ___T. Eumie___
Deputy Clerk