## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-498 (RMC)** |
| | ) | |
| **MELISSA A. FERNANDEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER TO SHOW CAUSE

On September 13, 2007, the United States of America filed a Complaint against Melissa A. Fernandez, seeking to recover debt owed by Ms. Fernandez on student loans. On January 30, 2008, Ms. Fernandez was served with the Summons and Complaint. *See* Dkt. # 4. Ms. Fernandez's answer was due on February 14, 2008. Ms. Fernandez has failed to appear, plead, or otherwise defend the United States' Complaint as provided by the Federal Rules of Civil Procedure. As a result, the Clerk of this Court entered default against Ms. Fernandez on April 8, 2008. *See* Dkt. # 9. On April 9, 2008, the United States filed a motion for entry of default judgment. *See* Dkt. # 10. Accordingly, it is hereby

**ORDERED** that on or before May 30, 2008, Defendant Melissa A. Fernandez shall **SHOW CAUSE** why the Court should not grant Plaintiff's motion for default judgment [Dkt. # 10].

**SO ORDERED**.


Date:   April 30, 2008                                        /s/
                                                    ROSEMARY M. COLLYER
                                                    United States District Judge