UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,                 Case No.: 1:07CV00498 RMC

       v.

MELISSA A. FERNANDEZ,

        Defendant.

## ORDER GRANTING DEFAULT JUDGMENT

Upon consideration of the unopposed application of the United States of America for a default judgment, including attorney's fees and other expenses, the Court will grant the default judgment requested. Based on the matters set forth in the application and attachments thereto and the documents in the case file, the Court further concludes that the request of the United States for attorney's fees and the awarding of other costs is reasonable.

Accordingly, it is this the ___3rd___ day of ___June___, 2008, ORDERED THAT:

1. A default judgment be and it hereby is entered in favor of the United States of America against Melissa A. Fernandez in the principal sum of $83,203.28 plus accrued interest of $11,499.75 as of 12/14/2006, and other costs and allowable expenses for a total judgment of $94,703.03 with interest at the rate 8.00% per annum on principal of $83,203.28 from 12/14/2006, to the date of judgment; plus interest on judgment of $94,703.03 at the legal post-judgment rate pursuant to 28 U.S.C. §1961 until paid, plus attorney's fees of $30,304.97, and plus the filing fee of $350.00.

2. The United States is further awarded the cost of private process server fees incurred in

serving post-judgment executions and discovery. The Clerk shall tax them as costs.

    3. The Defendant is encouraged to contact counsel for the United States to make voluntary payment arrangements.

/s/ Rosemary M. Collyer
UNITED STATES DISTRICT JUDGE

Copies to:

Herbert A. Rosenthal
Attorney for the United States of America
1020-19TH Street, N.W.; #400
WASHINGTON, D.C. 20036

and

Melissa A. Fernandez
916 G Street, N.W., #706
Washington, DC 20001