**CLERK'S COPY**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CASE NO. 1:07CV00498 RMC |
| v. ) | |
| MELISSA A. FERNANDEZ ) | |
| Defendant(s), ) | |
| and ) | |
| NBC UNIVERSAL-PAYROLL ADMIN. ) | |
| Garnishee ) | |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. §3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant(s) MELISSA A. FERNANDEZ, social security number XXX-XX-0399, whose last known address is: 916 G NW ST APT 706, , Washington, DC 20001, in the above-cited action in the amount of $156,428.16, and post-judgment interest at the rate of 2.16%, compounded annually.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from June 12, 2008, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor. The name and address of the Garnishee or his authorized

agent is:

        NBC UNIVERSAL-PAYROLL ADMIN.
        4001 NEBRASKA AVE., N.W.
        WASHINGTON, DC  20016

                                        /S/

        HERBERT A. ROSENTHAL
        1020 19TH STREET, N.W., #400
        WASHINGTON, DC  20006-6101
        PHONE: (202) 452-9865
        FAX:   (202) 452-0092
June 12, 2008        Attorney for THE UNITED STATES
        Bar Number: 11007

**CLERK'S COPY**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

CASE NO.  1:07CV00498 RMC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| MELISSA A. FERNANDEZ | ) |
| Defendant(s), | ) |
| and | ) |
| NBC UNIVERSAL-PAYROLL ADMIN. | ) |
| Garnishee | ) |

<u>WRIT OF CONTINUING GARNISHMENT</u>

GREETINGS TO:   NBC UNIVERSAL-PAYROLL ADMIN.
                4001 NEBRASKA AVE., N.W.
                WASHINGTON, DC 20016

An application for a Writ of Garnishment against the property of MELISSA A. FERNANDEZ, defendant, has been filed with this Court.  A judgment has been entered against the above-named defendant in the amount of $156,428.16, plus costs and interest, computed through June 12, 2008.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property owned by the debtor, including non-exempt, disposable earnings.

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly or monthly.

You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the United

States District Clerk at:  **CLERK, CIVIL DIVISION, UNITED STATES DISTRICT COURT, 333 CONSTITUTION AVENUE, NW, WASHINGTON, DC 20001.**

    Additionally, you are required by law to serve a copy of this writ upon the debtor at:  916 G NW ST APT 706, , Washington, DC  20001 or at a more recent address per your records;  and upon the counsel for the United States: HERBERT A. ROSENTHAL, 1020 19TH STREET, NW, #400, WASHINGTON, DC 20006-6101.

    Under the law, there is property which is exempt form this writ of Garnishment.  Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption form.

    Pursuant to 15 U.S.C. §1674, Garnishee is prohibited from discharging the defendant from employment by reason of the fact that his earnings have been subject to garnishment for any one indebtedness.

    If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an order requiring you to appear before the Court.  If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property.  It is unlawful to pay or deliver to the defendant any item attached by this writ.

                                           **NANCY B. MAYER-WHITTINGTON**
                                           CLERK, UNITED STATES DISTRICT COURT

                                           BY: _____
DATED: _____          Deputy Clerk