UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CASE NO. 1:07CV00498 RMC

UNITED STATES OF AMERICA, )
    Plaintiff, )
    v. )
MELISSA A. FERNANDEZ )
    Defendant(s), )
    and )
BANK OF AMERICA. )
    Garnishee )

RECEIVED
JUL 1 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANSWER OF THE GARNISHEE

Rebecca Sobkowski

FLG-001-02-11
_____, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name of

BANK OF AMERICA.
1425 NW 62ND ST.
FT. LAUDERDALE, FL 33309

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

    That he/she is the (State Official Title) **SR. ACCOUNT REP.** of Garnishee, **BANK OF AMERICA** a corporation, organized under the laws of the State of **USA**.

On **6/27**, 200**8** Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

        Yes  No
\_\_\_  _X_  1.  Defendant was in my/our employ.

        2.  Pay period is \_\_\_\_\_ weekly, \_\_\_\_\_ bi-weekly

_____ semi-monthly, _____ monthly.

Enter date present pay period began.

(Present means the pay period in which this order and notice of garnishment were served)

Enter date above pay period ends.

3. Enter amount of net wages. Calculate below:

   (a) Gross Pay                      $_____

   (b) Federal income tax          _____

   (c) F.I.C.A. income tax          _____

   (d) State income tax            _____

   Total of tax withholdings      $_____

   Net Wages                      $_____
   (a less total of b,c,d)

4. Have there been previous garnishments in effect. If the answer is yes, describe below.

_____

_____

_____

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

*No available funds*

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Check the applicable line below if you **deny** that you hold property subject to this order of garnishment.)

_____ [The Garnishee makes the following claim of exemption on the part of Defendant:]

*NA*

_____ [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

_____ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, MELISSA A. FERNANDEZ and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, MELISSA A. FERNANDEZ, 916 G NW ST APT 706, , Washington, DC 20001 , and (2) the attorney for the United States, HERBERT A. ROSENTHAL, 1020 19TH STREET, NW, #400, WASHINGTON, DC 20006

I affirm, under the federal penalties of perjury, that the foregoing answers to the questions above are true and correct to the best of my knowledge and belief.

DATE: 6/27/08

BANK OF AMERICA
Garnishee

Rebecca Sobkowski
Sr. Account Rep.
Printed Name and FL6-004-02-11

1425 NW 62ND ST.
FT. LAUD., FL 33309
Address for further communications

(954) 473-7710
Telephone

(404) 532-3209
Fax Number