# Interrogatory/Answer of Garnishee

07/01/2008

| | |
|---|---|
| Creditor/Plaintiff: | DEPARTMENTOF OF JUSTICE |
| Case Identifier: | 07CV00498RMC ✓ |
| Debtor/Defendant/Obligor Name: | MELISSA A FERNANDEZ |
| Social Security Number: | 024 56 0399 |
| Garnishee/Employer Name: | NBC Universal, Inc. |
| Garnishee/Employer Address: | P.O. Box 60300 |
| | Ft. Myers, FL 33906 6300 |

CLERK, UNITED STATES DISTRICT COURT
333 CONSTITUTION AVENUE, NW

WASHINGTON, DC 20001

1. Is the judgment debtor still within your employ? Y
   Obligor Status: Active. Obligor Status Date:

   If active, state the length of your pay period and the amount the defendant presently earns during a pay period: $2,565.33
   Pay Frequency: Bi-Weekly

2. At the time of service of this garnishment or at any time until return date states in the summons of garnishment, have you had in your possession or under your control any property, money (excluding wages), or effects of the judgment debtor? <u>Unknown</u>
   State the amount owed if wages:
   a) Disposable wages: $1,756.02

3. Does the defendant have any other existing wage assignments, garnishments, levies, or support orders that are currently being withheld? If so, list name and address: See Attached or N/A

4. Do you know of any debts owed to the defendant(s) whether due or not due or any money, property, effects, goods, chattels, rights, credits, or chooses in action, belonging to the defendant(s) or either of them or in which defendant(s) is (are) interested and now in possession or under the control of others? If so, state particulars:
   <u>Unknown</u>

5. State your correct name and address or the name and address of your attorney upon whom written notice of further proceedings in this action may be served: NBC Universal, Inc.
   P.O. Box 60300,
   Ft. Myers, FL 33906

ADP Financial and Compliance Services is remitting this notice on behalf of the above employer. All questions concerning this remittance should be directed to (866) 324-5191

ADP Financial and Compliance Services
By: *[signature]*
Name: Lynn Demshock
Title: V.P. of Garnishment Services

**RECEIVED**

JUL 7 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GE01

Under the penalties provided by applicable law, ADP Financial and Compliance Services certifies that the statements set forth in this instrument are true and correct and that a copy of this completed response and the underlying garnishment/withholding order, to the extent required by applicable law, has been mailed via first class U.S. mail on the date hereof to the debtor/obligor, plaintiff and any other parties required by applicable law.